IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD D. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-611 |
| | ) | |
| v. | ) | Magistrate Judge Bissoon |
| | ) | |
| NOEL PILEWSKI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff was ordered, by December 8, 2008, to either: (a) secure the entry of appearance of new legal counsel, or (b) file a notice with the Court indicating Plaintiff's intent to proceed *pro se* (*i.e.*, without legal representation). See Order dated Nov. 24, 2008 (Doc. 34). Plaintiff's deadline has come and gone, and he has not complied with the Court's directives.

Plaintiff is hereby placed on notice that his failure to comply with court orders presents grounds for dismissal under Federal Rule of Civil Procedure 41(b). *See generally* Emerson v. Thiel College, 296 F.3d 184, 190 (3d Cir. 2002). Plaintiff's deadline for complying with the instructions referenced above is extended until **December 22, 2008**. Should Plaintiff again fail to comply, or by that date show good cause for his lack of compliance, his case will be dismissed with prejudice.

IT IS SO ORDERED.


December 10, 2008                                s/Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States Magistrate Judge

cc (via email):

Edmond R. Joyal, Jr., Esq.

cc (via First Class U.S. Mail):

Ronald D. Taylor
565 7th Avenue
East Liverpool, OH 43920