IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD D. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-611 |
| | ) | |
| v. | ) | Magistrate Judge Bissoon |
| | ) | |
| NOEL PILEWSKI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In an Order dated December 10, 2008 (Doc. 35), Plaintiff was advised that, should he fail by December 22, 2008 to either secure the entry of appearance of new legal counsel or notify the Court of his intention to proceed *pro se*, his case would be dismissed with prejudice. *Id.* (citing Emerson v. Thiel College, 296 F.3d 184, 190 (3d Cir. 2002)). Plaintiff again has not complied with the Court's directives and, consequently, his case is DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 41(b). The Clerk is directed to mark this case CLOSED.

IT IS SO ORDERED.


December 23, 2008         s/Cathy Bissoon
                          Cathy Bissoon
                          United States Magistrate Judge

cc (via email):

Edmond R. Joyal, Jr., Esq.


cc (via First Class U.S. Mail):

Ronald D. Taylor
565 7th Avenue
East Liverpool, OH 43920